■ PEOPLE v TYRONE BROWN [601 NYS2d 795] —Motion

granted to the extent of directing production of the voir dire minutes, as indicated. *(See,* 195 AD2d 419 [decided herewith].) Concur—Milonas, J. P., Rosenberger, Rubin and Nardelli, JJ.